1  AARON D. FORD
     Attorney General
2  VIVIENNE RAKOWSKY (Bar No. 9160)
     Deputy Attorney General
3  DAVID J. POPE (Bar No. 8617)
     Chief Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 E. Washington Avenue, Suite 3900
   Las Vegas, Nevada 89101
6  (702) 486-3103
   (702) 486-3416 (fax)
7  vrakowsky@ag.nv.gov
   dpope@ag.nv.gov
8
   Attorneys for State Defendant
9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY FINANCIAL INSTITUTIONS DIVISION; JUSTICE COURT OF LAS VEGAS TOWNSHIP; DOE DEFENDANTS 1 through 20; and ROE ENTITIY DEFENDANTS 1 through 20;<br><br>    Defendants. | Case No. 2:20-cv-00007-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME FOR STATE DEFENDANT TO RESPOND TO COMPLAINT** |

     Defendant, State of Nevada Department of Business and Industry Financial Institutions Division, by and through counsel, Aaron D. Ford, Nevada Attorney General, Vivienne Rakowsky, Deputy Attorney General and David J. Pope, Chief Deputy Attorney General and Plaintiff Nevada Collectors Association by and through counsel Marckia L. Hayes and Patrick J. Reilly of Brownstein, Hyatt, Farter, Schreck, LLP hereby Stipulate as follows:

. . .

. . .

1

State Defendant's time to Reply to the Complaint shall be extended from January 9, 2020 to January 24, 2020.

Dated this 9th day of January, 2020.

| | |
|---|---|
| AARON D. FORD<br>Nevada Attorney General | BROWNSTEIN FARBER HYATT.<br>SCHRECK, LLP |
| By: /s/ Vivienne Rakowsky<br>   VIVIENNE RAKOWSKY (Bar No. 9160)<br>   Deputy Attorney General<br>   DAVID J. POPE (Bar No. 8617)<br>   Chief Deputy Attorney General<br>   555 E. Washington Ave., Ste. 3900<br>   Las Vegas, NV 89101<br>   *Attorneys for State Defendant* | By:/s/Patrick J. Reilly<br>   MARCKIA L. HAYES (Bar No.14539)<br>   PATRICK J. REILLY (Bar No. 6103)<br>   100 City Parkway<br>   Las Vegas, NV 89106<br>   *Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2020