Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Marckia L. Hayes, Esq.
Nevada Bar No. 14539
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
mhayes@bhfs.com

*Attorneys for Nevada Collectors Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY FINANCIAL INSTITUTIONS DIVISION; JUSTICE COURT OF LAS VEGAS TOWNSHIP; DOE DEFENDANTS 1 through 20; and ROE ENTITY DEFENDANTS 1 through 20,<br><br>Defendants. | Case No.: 2:20-cv-0007-JCM-EJY<br><br>**STIPULATION AND ORDER REGARDING REMAINING BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, FOR A WRIT OF MANDAMUS OR PROHIBITION**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff Nevada Collectors Association ("NCA"), by and through its counsel of record, Patrick J. Reilly, Esq. and Marckia L. Hayes, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, Defendant Justice Court of Las Vegas Township ("Justice Court"), by and through its counsel of record, Thomas D. Dillard, Jr., Esq., of the law firm Olson, Cannon, Gormley & Stoberski, and Defendant State of Nevada, Department of Business and Industry Financial Institutions Division ("FID"), by and through its counsel of record, Aaron D. Ford, Esq., Nevada Attorney General, and Vivienne Rakowsky, Esq., Deputy Attorney General, hereby stipulate and agree as follows:

20292631.2                                                                1

1. On January 24, 2020, Plaintiff filed its Application for Temporary Restraining Order (the "Application") (ECF No. 11) and Motion for Preliminary Injunction or, Alternatively, for a Writ of Mandamus or Prohibition (the "Motion") (ECF No. 12).

2. On January 30, 2020, this Court denied the Application, but directed the parties to complete briefing on the Motion. *See* ECF No. 13.

3. On February 5, 2020, Defendant Justice Court filed its response to the Motion. ECF No. 17.

4. On February 6, 2020, Defendant FID filed its response to the Motion. ECF No. 18.

5. Plaintiff's replies are currently due on February 12, 2020, and February 13, 2020, respectively.

6. Plaintiff intends to file a combined reply memorandum in response to Defendants' response briefs on February 13, 2020, which effectively entails a one day extension of time to reply to the opposition brief filed by Justice Court. Defendants have agreed to grant such request.

7. This stipulation is brought in good faith by all parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

8. This is the first requests for extension of time requested by Plaintiff with respect to the replies.

/ / /

/ / /

/ / /

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

20292631.2

2

IT IS THEREFORE STIPULATED by and among the parties that the deadline for Plaintiff to file its replies in support of the Motion is February 13, 2020.

DATED this 10th day of February, 2020.   DATED this 10th day of February, 2020.

*/s/Thomas D. Dillard*
THOMAS D. DILLARD, JR. ESQ.
Olson Cannon Gormley & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

*Attorneys for Justice Court of
Las Vegas Township*

*/s/Patrick J. Reilly*
PATRICK J. REILLY, ESQ.
MARCKIA L. HAYES, ESQ.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Plaintiff Nevada Collectors Association*

DATED this 10th day of February, 2020.

*/s/Vivienne Rakowsky*
VIVIENNE RAKOWSKY, ESQ.
Office of the Attorney General
550 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101

*Attorneys for State of Nevada, Department of Business and Industry Financial Institutions Division*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2020

20292631.2

3