1 | AARON D. FORD
    Attorney General
2 | VIVIENNE RAKOWSKY (Bar No. 9160)
    Deputy Attorney General
3 | DAVID J. POPE (Bar No. 8617)
    Chief Deputy Attorney General
4 | State of Nevada
  | Office of the Attorney General
5 | 555 E. Washington Avenue, Suite 3900
  | Las Vegas, Nevada 89101
6 | (702) 486-3103
  | (702) 486-3416 (fax)
7 | vrakowsky@ag.nv.gov
  | dpope@ag.nv.gov

Attorneys for State Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY FINANCIAL INSTITUTIONS DIVISION; JUSTICE COURT OF LAS VEGAS TOWNSHIP; DOE DEFENDANTS 1 through 20; and ROE ENTITIY DEFENDANTS 1 through 20;<br><br>    Defendants. | Case No. 2:20-cv-00007-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME FOR STATE DEFENDANTS TO RESPOND TO OPPOSITION TO MOTION TO DISMISS (FIRST REQUEST)** |

      Defendant, State of Nevada Department of Business and Industry Financial Institutions Division, by and through counsel, Aaron D. Ford, Nevada Attorney General, Vivienne Rakowsky, Deputy Attorney General and David J. Pope, Chief Deputy Attorney General and Plaintiff Nevada Collectors Association by and through counsel Marckia L. Hayes and Patrick J. Reilly of Brownstein, Hyatt, Farber, Schreck, LLP hereby Stipulate to this First Request as follows:

. . .

. . .

1

State Defendant's time to Reply to the Opposition to Motion to Dismiss (ECF 10) shall be extended from February 14, 2020 to February 21, 2020.

Dated this 13th day of February, 2020.

| | |
|---|---|
| AARON D. FORD<br>Nevada Attorney General | BROWNSTEIN FARBER HYATT.<br>SCHRECK, LLP |
| By: /s/ Vivienne Rakowsky<br>    VIVIENNE RAKOWSKY (Bar No. 9160)<br>    Deputy Attorney General<br>    DAVID J. POPE (Bar No. 8617)<br>    Chief Deputy Attorney General<br>    555 E. Washington Ave., Ste. 3900<br>    Las Vegas, NV 89101<br>    *Attorneys for State Defendant* | By:/s/ Patrick J. Reilly<br>    MARCKIA L. HAYES (Bar No.14539)<br>    PATRICK J. REILLY (Bar No. 6103)<br>    100 City Parkway<br>    Las Vegas, NV 89106<br>    *Attorneys for Plaintiff* |

**ORDER**

        IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

        **DATED:** _February 14, 2020._

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION TO EXTEND TIME FOR STATE DEFENDANT REPLY TO OPPOSITION TO MOTION TO DISMISS** with the Clerk of the Court by using the electronic filing system on the 13th day of February, 2020.

Registered electronic filing system users will be served electronically.

/s/ Michele Caro
Michele Caro, an Employee of the
office of the Nevada Attorney General