THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON GORMLEY
& STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Attorney for Defendant
Justice Court of Las Vegas Township

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation,

    Plaintiff,

vs.

STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY FINANCIAL INSTITUTIONS DIVISION; JUSTICE COURT OF LAS VEGAS TOWNSHIP; DOE DEFENDANTS 1 through 20; and ROE ENTITY DEFENDANTS 1 through 20,

    Defendants.

CASE NO. 2:20cv00007-JCM-EJY

## STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT JUSTICE COURT OF LAS VEGAS' REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS
### (1st REQUEST)

    COME NOW, Defendant, Justice Court of Las Vegas Township, by and through its counsel of record, THOMAS D. DILLARD, JR., ESQ., of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, Defendant State of Nevada Department of Business and Industry Financial Institutions Division, by and through its counsel of record, AARON D. FORD, ESQ., Attorney General and VIVIENNE RAKOWSKY, ESQ. Deputy Attorney General and Plaintiff Nevada Collectors Association, by and through its counsel of record, PATRICK J. REILLY, ESQ. and MARCKIA L. HAYES, ESQ. of the law firm of BROWNSTEIN HYATT FARBER SCHRECK, LLP respectfully submit this stipulation to extend the deadline for Justice Court of Las Vegas Township to file its Reply in support of its Motion for Judgment on the

Pleadings ten (10) days from the current date of February 25, 2020 to be extended to March 6, 2020.

This is the first request to extend this deadline. This Stipulation is being filed and the extension is requested due to Defendant's counsel preparing for and attending a week long arbitration hearing in another matter and not for purposes of any delay.

DATED this 21st day of February, 2020.

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL

By /s/ Vivienne Rakowsky
AARON D. FORD, ESQ.
Nevada Bar No. 7704
VIVIENNE RAKOWSKY, ESQ.
Nevada Bar No. 9160
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Attorneys for State Defendant

DATED this 21st day of February, 2020.

OLSON, CANNON, GORMLEY,
& STOBERSKI

By: /s/ Thomas D. Dillard
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
Justice Court of Las Vegas Township

DATED this 21st day of February, 2020.

BROWNSTEIN HYATT
FARBER SCHRECK, LLP

By /s/ Patrick J. Reilly
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
MARCKIA L. HAYES, ESQ.
Nevada Bar No. 14539
100 N. City Parkway, Ste. 1600
Las Vegas, Nevada 89106-4614
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED February 21, 2020.

_____
UNITED STATES DISTRICT COURT
JUDGE JAMES C. MAHAN